---

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)
Christian Del Toro, 210132016
FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
ATTORNEYS FOR Secured Creditor/
Servicing Agent USDA/Rural Development 2927.0242

In re:

Nykedda S. Coleman

Order Filed on September 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 17-14766

Chapter: 13

Hearing Date:

Judge: Hon. Andrew B. Altenburg

---

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION AS TO REAL PROPERTY KNOWN AS 907 VINELAND AVENUE, BRIDGETON, NJ 08302**
(REAL PROPERTY)

The relief set forth on the following pages numbered two through three is hereby

ORDERED

**DATED:** September 26, 2018

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Nykedda S. Coleman
Case No.: 17-14766
Caption of Order: CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY AS TO REAL PROPERTY KNOWN AS 907 VINELAND AVENUE, BRIDGETON, NJ 08302

This matter being opened to the Court by FRANK J. MARTONE, P.C., attorneys for the Secured Creditor, USDA/Rural Development (hereinafter "Secured Creditor"), upon the filing of an Motion for Relief with regards to the property located at 907 Vineland Avenue, Bridgeton, NJ 08302 in a Chapter 13 case for failure to make timely payments to Secured Creditor and having been given by mail to the Chapter 13 Standing Trustee, the Debtor and the attorney for the Debtor, and for good cause shown, it is

1. ORDERED, that the Debtor shall pay the total prepetition arrears as stated in the Proof of Claim and the post-petition arrears owed to the Secured Creditor in the amount of $3,165.18 through their amended plan;

2. ORDERED, that the Debtor will modify the current Chapter 13 Plan in accordance with this order within fifteen days of the entry of this order;

3. ORDERED, that commencing with the September 8, 2018, the Debtor shall remit the regular monthly mortgage payment in the amount of $1,512.54;

4. ORDERED, payment shall be made payable to USDA/Rural Development, and sent directly to Secured Creditor at the address below:

   USDA Rural Development
   Customer Support Center
   P.O. Box 790190
   St. Louis, MO 63179-0190

5. ORDERED that if the Debtor should default and fail to make any of the aforesaid payments on the due date or any future payments outside of the plan to the secured creditor, for more than **THIRTY (30)** days from the due date, then this Court will enter an Order Vacating the Automatic Stay of the Bankruptcy Code with respect to the Secured Creditor's lien, upon Certification by the Secured Creditor's attorney as to the non-receipt of said payment. Said Order will not require the consent of the Debtor regarding form or substance, but a copy of the Order will be transmitted to the Debtor via ordinary mail and to the Debtor's attorney via e-mail at the time of the transmittal of said Order to the Court for signature; and it is further

6. ORDERED that the 14-day stay under Rule 4001(a)(3) is hereby waived by Debtor.

7. ORDERED that the movant shall serve a filed copy of this Order on the Debtor via regular mail. The Debtor's attorney and Chapter 13 Trustee will be served electronically via the U.S. Bankruptcy Court's CM/ECF system.

*The undersigned hereby consent to the form and entry of the within Order:*

**Law Offices of Seymour Wasserstrum**
*Attorneys for Debtor*
By: _____
Seymour Wasserstrum, Esq.
Dated: 9/24/18


**Frank J. Martone, P.C.**
*Attorneys for Secured Creditor*
By: _____
Christian Del Toro Esq.
Dated: 9/25/2018

United States Bankruptcy Court
District of New Jersey

In re:  
Nykedda S Coleman  
    Debtor

Case No. 17-14766-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Sep 26, 2018  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2018.  
db         +Nykedda S Coleman,    907 Vineland Ave,    Bridgeton, NJ 08302-4825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2018                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2018 at the address(es) listed below:  
       Christian Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
       Frank J Martone    on behalf of Creditor    USDA Rural Development bky@martonelaw.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Rebecca Ann Solarz    on behalf of Creditor    United States of America, United States Department of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com  
       Seymour Wasserstrum    on behalf of Debtor Nykedda S Coleman mylawyer7@aol.com, ecf@seymourlaw.net  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                TOTAL: 7