Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  17−14766−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Nykedda S Coleman
   907 Vineland Ave
   Bridgeton, NJ 08302

Social Security No.:
   xxx−xx−2115

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 29, 2017.

On 10/25/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                    November 28, 2018
Time:                     10:00 AM
Location:             Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: October 25, 2018
JAN: kvr

                                                                            Jeanne Naughton
                                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Nykedda S Coleman  
    Debtor

Case No. 17-14766-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 | Date Rcvd: Oct 25, 2018 |
| | Form ID: 185 | Total Noticed: 30 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2018.

```
db             +Nykedda S Coleman,    907 Vineland Ave,    Bridgeton, NJ 08302-4825
cr             +USDA Rural Development,    PO Box 790170,    St. Louis, MO 63179-0170
516695048      Bank Of America,    PO Box 7047,    Dover, DE 19903-7047
516695049      Best Buy,    PO Box 17298,    Household Bank/Retail Services,    Baltimore, MD 21297-1298
516907498      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
516695052     ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: Directv,    Po Box 11732,    Newark, NJ 07101-4732)
516695053      +Fedloan Servicing,    P.O. Box 69184,    Harrisburg, PA 17106-9184
516695057      Preferred Credit,    PO Box 1679,    Saint Cloud, MN 56302-1679
516923422      +Preferred Credit Inc.,    PO Box 1970,    Saint Cloud, MN 56302-1970
516695058      Pressler & Pressler, LLP,    7 Entin Rd,    Parsippany NJ, NJ 07054-5020
516695059      TD Bank,    7 Entin Road,    Attn Pressler And Pressler LLP,    Parsippany, NJ 07054-5020
516920504      U.S.Department of Education,    C/O FedLoan Servicing,    P.O.Box 69184,
               Harrisburg PA 17106-9184
516695060      USAA,    10750 W Ih 10 Bk P3 East,    San Antonio, TX 78288-1600
516695061      +USDA - RD,    PO Box 790170,    St. Louis, MO 63179-0170
516785545      +USDA Rural Housing Service,    Customer Service Center,    PO Box 66879,
               St. Louis, MO 63166-6879
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 25 2018 23:08:46     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 25 2018 23:08:41     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516695047       E-mail/Text: bankruptcy@pepcoholdings.com Oct 25 2018 23:08:09
                Atlantic City Electric Company,    Pepco Holdings, Inc.,
                Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                Carneys Point, NJ  08069-3600
516695050       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 25 2018 23:12:23     Capital One Bank,
                Po box 71083,    Charlotte, NC 28272-1083
516695051      +E-mail/PDF: creditonebknotifications@resurgent.com Oct 25 2018 23:13:06     Credit One Bank,
                PO BOX 98873,    Las Vegas, NV 89193-8873
516919085      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 25 2018 23:12:34     Directv, LLC,
                by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
516695054      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 25 2018 23:07:49     Kohl's,    P.O. Box 3115,
                Milwaukee, WI 53201-3115
516924883      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2018 23:08:40     MIDLAND FUNDING LLC,
                PO BOX 2011,    WARREN, MI 48090-2011
516695055      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 25 2018 23:08:40     Midland Funding,
                8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
516695056       E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 23:13:26     Old Navy,    PO  Box 530942,
                Atlanta, GA 30353-0942
516933914       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 23:13:02
                Portfolio Recovery Associates, LLC,    c/o Capital One Bank, N.A.,    POB 41067,
                Norfolk VA 23541
516935227       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 25 2018 23:24:18
                Portfolio Recovery Associates, LLC,    c/o Old Navy,    POB 41067,    Norfolk VA 23541
516875013       E-mail/Text: bnc-quantum@quantum3group.com Oct 25 2018 23:08:32
                Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
516696572      +E-mail/PDF: gecsedi@recoverycorp.com Oct 25 2018 23:12:50     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
516695062       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 25 2018 23:08:22     Victoria's Secret,
                PO Box 659728,    San Antonio, TX 78265-9728
                                                                                                TOTAL: 15
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Oct 25, 2018
                              Form ID: 185              Total Noticed: 30
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 27, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
          Christian   Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com,
           mrozea@leopoldassociates.com;bky@martonelaw.com
          Frank J Martone    on behalf of Creditor    USDA Rural Development bky@martonelaw.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor    United States of America, United States Department
           of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com
          Seymour   Wasserstrum    on behalf of Debtor Nykedda S Coleman mylawyer7@aol.com,
           ecf@seymourlaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```