**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In Re:

Nykedda S. Coleman

| | |
|---|---|
| Case No.: | 17-14766 |
| Hearing Date: | 1/2/19 |
| Chapter: | 13 |
| Judge: | ABA |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable ___Andrew B. Altenburg, Jr.___, United States Bankruptcy Judge.

**Reason for Hearing:** Debtor's Objection to Certification of Default filed by Creditor, USDA Rural Development

**Location of Hearing:** Courtroom No. 4B
Mitchell H. Cohen Courthouse
400 Cooper Street, 4th Floor
Camden, NJ 08101

**Date and Time:** January 2, 2019, at 10:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED  ☐ ARE NOT REQUIRED

DATE: December 11, 2018

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on ___October 3___, 20_18_ this notice was served on the following: Debtor(s)/Attorney for Debtor(s)
Chapter 13 Trustee
Attorney for Creditor

JEANNE A. NAUGHTON, Clerk

By: /s/ Joan Lieze
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:  
Nykedda S Coleman  
    Debtor

Case No. 17-14766-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 11, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2018.  
db          +Nykedda S Coleman,    907 Vineland Ave,    Bridgeton, NJ 08302-4825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2018                                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2018 at the address(es) listed below:

        Christian Del Toro    on behalf of Creditor    USDA Rural Development cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
        Frank J Martone    on behalf of Creditor    USDA Rural Development bky@martonelaw.com  
        Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Rebecca Ann Solarz    on behalf of Creditor    United States of America, United States Department of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com  
        Seymour Wasserstrum    on behalf of Debtor Nykedda S Coleman mylawyer7@aol.com, ecf@seymourlaw.net  
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                        TOTAL: 7