| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, New Jersey 08360<br>Phone: (856) 696-8300<br>Fax: (856) 696-6962<br>Attorney for Debtor(s)<br><br>In Re:<br><br>    Nykedda S Coleman |
|---|

**Order Filed on December 14, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:    17-14766

Chapter:    13

Hearing Date:   N/A

Judge:    ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: December 14, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Nykedda S Coleman

Case No.: 17-14766/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of $700.00 for services rendered and expenses in the amount of $0.00 for a total of $700.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtors' monthly plan payments increase $320.00 for the remaining 39 months commencing on January 1, 2019.

United States Bankruptcy Court
District of New Jersey

In re:  
Nykedda S Coleman  
    Debtor

Case No. 17-14766-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 14, 2018  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2018.  
db         +Nykedda S Coleman,    907 Vineland Ave,    Bridgeton, NJ 08302-4825

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                                                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2018 at the address(es) listed below:

        Christian Del Toro     on behalf of Creditor     USDA Rural Development cdeltoro@martonelaw.com, mrozea@leopoldassociates.com;bky@martonelaw.com  
        Frank J Martone     on behalf of Creditor     USDA Rural Development bky@martonelaw.com  
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Rebecca Ann Solarz     on behalf of Creditor     United States of America, United States Department of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com  
        Seymour Wasserstrum     on behalf of Debtor Nykedda S Coleman mylawyer7@aol.com, ecf@seymourlaw.net  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                                  TOTAL: 7