UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

FRANK J. MARTONE, P.C.
1455 BROAD STREET
BLOOMFIELD, NJ 07003
(973) 473-3000
bky@martonelaw.com
ATTORNEYS FOR SECURED CREDITOR/SERVICING AGENT
USDA/RURAL DEVELOPMENT
2927.0242

In Re:

Nykedda S Coleman

Case No.: 17-14766

Adv. No.: 

Chapter: 13

Hearing Date: January 22, 2019

Judge: Andrew B. Altenburg Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, Christian Del Toro,
   ☒ am the attorney for: United States of America, USDA, Rural Housing Service
   ☐ am self-represented

   Phone number: 973-473-3000

   Email address: cdeltoro@martonelaw.com

2. I request an adjournment of the following hearing:

   Matter: Motion for Relief from Automatic Stay

   Current hearing date and time: January 22, 2019

   New date requested: February 11, 2019 at 10:00 am

   Reason for adjournment request: Due to the government shutdown, we are unable to receive updates from the client.

3.  I request an adjournment of confirmation:

    Current confirmation date and time: _____

    New date requested: _____

    Reason for adjournment request: _____

    _____

    Confirmation has been adjourned _____ previous times

    Trustee payments are current through _____

    The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4.  Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

    below): _____

    _____

    _____

I certify under penalty of perjury that the foregoing is true.

Date: 1/18/2019_____            _____
                                             Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: 2/11/19 at 10 am       ☐ Peremptory

☐ Granted over objection(s)  New hearing date: _____   ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*

2