**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Nykedda S Coleman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2115<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–14766–ABA | |

# Order of Discharge                                                                                             12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Nykedda S Coleman

<u>4/8/22</u>                                                                    **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Nykedda S Coleman  
    Debtor

Case No. 17-14766-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 3  
Date Rcvd: Apr 08, 2022     Form ID: 3180W     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Nykedda S Coleman, 907 Vineland Ave, Bridgeton, NJ 08302-4825 |
| 516695053 | + | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516695059 | | TD Bank, 7 Entin Road, Attn Pressler And Pressler LLP, Parsippany, NJ 07054-5020 |
| 516920504 | | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 08 2022 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 08 2022 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: USDARHS.COM | Apr 09 2022 00:28:00 | USDA Rural Development, PO Box 790170, St. Louis, MO 63179-0170 |
| 516695047 | | Email/Text: bankruptcy@pepcoholdings.com | Apr 08 2022 20:35:00 | Atlantic City Electric Company, Pepco Holdings, Inc., Bankruptcy Division, Mail Stop 84CP42, 5 Collins Drive, Suite 2133, Carneys Point, NJ 08069-3600 |
| 516695048 | | EDI: BANKAMER2.COM | Apr 09 2022 00:28:00 | Bank Of America, PO Box 7047, Dover, DE 19903-7047 |
| 516695049 | | EDI: HFC.COM | Apr 09 2022 00:28:00 | Best Buy, PO Box 17298, Household Bank/Retail Services, Baltimore, MD 21297-1298 |
| 516695050 | | EDI: CAPITALONE.COM | Apr 09 2022 00:28:00 | Capital One Bank, Po box 71083, Charlotte, NC 28272-1083 |
| 516907498 | | Email/PDF: bncnotices@becket-lee.com | Apr 08 2022 20:39:24 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516695051 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 08 2022 20:39:22 | Credit One Bank, PO BOX 98873, Las Vegas, NV 89193-8873 |
| 516695052 | | EDI: DIRECTV.COM | Apr 09 2022 00:28:00 | Directv, Po Box 11732, Newark, NJ 07101-4732 |
| 516919085 | + | EDI: AIS.COM | Apr 09 2022 00:28:00 | Directv, LLC, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 516695053 | + | Email/Text: bncnotifications@pheaa.org | Apr 08 2022 20:35:00 | Fedloan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 516695054 | + | Email/Text: PBNCNotifications@peritusservices.com | Apr 08 2022 20:34:00 | Kohl's, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 516924883 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 20:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 08, 2022 | Form ID: 3180W | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| 516695055 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 08 2022 20:35:00 | Midland Funding, 8875 Aero Dr, Ste 200, San Diego, CA 92123-2255 |
| 516695056 | | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Old Navy, PO Box 530942, Atlanta, GA 30353-0942 |
| 516933914 | | EDI: PRA.COM | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516935227 | | EDI: PRA.COM | Apr 09 2022 00:28:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 516695057 | | Email/Text: banko@preferredcredit.com | Apr 08 2022 20:34:00 | Preferred Credit, PO Box 1679, Saint Cloud, MN 56302-1679 |
| 516923422 | | Email/Text: banko@preferredcredit.com | Apr 08 2022 20:34:00 | Preferred Credit Inc., PO Box 1970, Saint Cloud, MN 56302 |
| 516695058 | | Email/Text: signed.order@pfwattorneys.com | Apr 08 2022 20:35:00 | Pressler & Pressler, LLP, 7 Entin Rd, Parsippany NJ, NJ 07054-5020 |
| 516875013 | | EDI: Q3G.COM | Apr 09 2022 00:28:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516696572 | + | EDI: RMSC.COM | Apr 09 2022 00:28:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 516920504 | | Email/Text: bncnotifications@pheaa.org | Apr 08 2022 20:35:00 | U.S.Department of Education, C/O FedLoan Servicing, P.O.Box 69184, Harrisburg PA 17106-9184 |
| 516695060 | | EDI: USAA.COM | Apr 09 2022 00:28:00 | USAA, 10750 W Ih 10 Bk P3 East, San Antonio, TX 78288-1600 |
| 516695061 | + | EDI: USDARHS.COM | Apr 09 2022 00:28:00 | USDA - RD, PO Box 790170, St. Louis, MO 63179-0170 |
| 516785545 | + | EDI: USDARHS.COM | Apr 09 2022 00:28:00 | USDA Rural Housing Service, Customer Service Center, PO Box 66879, St. Louis, MO 63166-6879 |
| 516695062 | | EDI: WFNNB.COM | Apr 09 2022 00:28:00 | Victoria's Secret, PO Box 659728, San Antonio, TX 78265-9728 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Apr 10, 2022 | Signature: | /s/Gustava Winters |
|---|---|---|

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian Del Toro | on behalf of Creditor USDA Rural Development cdeltoro@martonelaw.com bky@martonelaw.com |
| Frank J Martone | on behalf of Creditor USDA Rural Development bky@martonelaw.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor United States of America  United States Department of Agriculture, Rural Housing Service rsolarz@kmllawgroup.com |
| Seymour Wasserstrum | on behalf of Debtor Nykedda S Coleman mylawyer7@aol.com ecf@seymourlaw.net;r47769@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7